JOHN RAYMOND McDONOUGH, Respondent, v. CHARLES F. GOODSPEED, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

CHARLES E. GERLACH, Appellant, v. ALDEN C. PATTEN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE AEOLIAN COMPANY, Respondent, v. JOHN H. FLAGLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

LILLIAN M. LUCEY v. CALLAN BROS., INC.— Motion granted on condition stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RITZ REALTY CORPORATION, Appellant, v. SAMUEL TAUB and Others, Doing Business under the Firm Name of DRYFUSS & MOHR, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Estate of JOHN B. CHAMBERS, Deceased. WILLIAM L. CHAMBERS and Others, Appellants; COLUMBIA TRUST COMPANY and Others, Respondents.— Decree affirmed, with costs to respondents against appellants, on opinion of Cohalan, S., in the Surrogate's Court. [Reported in 112 Misc. Rep. 551.] Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BAYARD PRODUCTS COMPANY, Respondent, v. D. C. ANDREWS & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Respondent, v. PATRICK A. POWERS, Appellant, Impleaded with HARRY M. WARNER and Another, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MATHEW A. KERWIN, Respondent, v. EDWARD M. RAPHEL & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE NATIONAL SHAWMUT BANK OF BOSTON, Respondent, v. KIRK A. LANDAU, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

BRUNO SCHILL, Respondent, v. SCHNITZER STATE BANK and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Matter of Ellett* v. *Young* (95 App. Div. 417) and *Matter of Moto Bloc Import Co., No. 1* (140 id. 532). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.